1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   KATHERINE R. LOO [C.S.B.N. 162029]
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8958
        Facsimile:  (415) 744-0134
7       E-Mail: katherine.loo@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                        **FRESNO DIVISION**

12 JOHN BELCHER,                    )
                                    )
13        Plaintiff,                )   CIVIL NO. 1:09-cv-1234-DLB
                                    )
14             v.                   )   STIPULATION TO EXTEND BRIEFING
                                    )   SCHEDULE AND ORDER
15 MICHAEL J. ASTRUE,               )
   Commissioner of                  )
16 Social Security,                 )
                                    )
17        Defendant.                )
   _____  )

18

19      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the
20 attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's
21 motion for summary judgment.  This case has been assigned to a new Special Assistant United States
22 Attorney, due to a scheduling conflict arising from the large number of cases which await briefing, and
23 Defendant's counsel requires additional time to respond to Plaintiff's arguments.  The current due date is
24 January 28, 2010.  The new due date will be February 26, 2010.

25      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

26 ///

27 ///

28 ///

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: January 13, 2010 | */s/ Sengthiene Bosavanh* <br> (As authorized via email) <br> SENGTHIENE BOSAVANH <br> Attorney for Plaintiff |
| Dated: January 14, 2010 | BENJAMIN B. WAGNER <br> United States Attorney <br> LUCILLE GONZALES MEIS <br> Regional Chief Counsel, Region IX <br> Social Security Administration |
| | */s/ Katherine R. Loo* <br> KATHERINE R. LOO <br> Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

IT IS SO ORDERED.

Dated:   **January 14, 2010**              **/s/ Dennis L. Beck**
                                                                   UNITED STATES MAGISTRATE JUDGE