BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
KATHERINE LOO [C.S.B.N. 162029]
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8958
    Facsimile: (415) 744-0134
    E-Mail: katherine.loo@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BELCHER, )<br>    Plaintiff, )<br>        v. )<br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security, )<br>    Defendant. ) | CIVIL NO. 1:09-cv-1234-DLB<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE AND ORDER |

       The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a second extension of time of 14 days to respond to Plaintiff's motion for summary judgment. This case was assigned to a new Assistant Regional Counsel (ARC), due to a scheduling conflict arising from the large number of cases which await briefing. The ARC is of counsel on this case. The ARC requires additional time for two reasons. First, Defendant requires more time to respond to Plaintiff's brief than in the average case because: (1) Plaintiff raises eight (8) issues, including res judicata and invalid waiver of counsel; and (2) the brief does not include a summary of Plaintiff's relevant medical evidence or the hearing testimony. Second, the ARC had out-of-town obligations that diminished her opportunity to prepare a timely response. The ARC was out of the office on February 9, 2010, for a deposition in *DeRenteria v. Astrue*, EEOC No. 550-2010-0043X, and out of

the state for the sale of her personal residence on February 18-21, 2010. For these reasons, the undersigned requests an additional 14 days with which to respond to Plaintiff's motion for summary judgment. The current due date is February 26, 2010. The new due date will be March 12, 2010.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: February 22, 2010    */s/ Sengthiene Bosavanh*
(As authorized via email)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

Dated: February 24, 2010    BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Katherine R. Loo*
KATHERINE R. LOO
Special Assistant U.S. Attorney

Attorneys for Defendant

OF COUNSEL TO DEFENDANT:

CYNTHIA DE NARDI
Assistant Regional Counsel

ORDER

IT IS SO ORDERED.

Dated:   February 24, 2010         /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE