BENJAMIN B.WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105-2102
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    Email: cynthia.denardi@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JOHN BELCHER,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br><br>Commissioner of Social Security,<br><br><br>    Defendant. | Case No. 1:09-cv-01234-DLB<br><br>STIPULATED EXTENSION OF TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first 30-day extension of time to respond to Plaintiff's Supplemental Application for Attorneys' Fees Under the Equal Access to Justice Act, filed May 3, 2011. The current due date is June 2, 2011. The new due date will be July 5, 2011 .

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: June 1, 2011 | /s/ Sengthiene Bosavanh<br>(As authorized via telephone by R. Gonzalez)<br>SENGTHIENE BOSAVANH<br>Attorney for Plaintiff |
| Dated: June 1, 2011 | BENJAMIN B. WAGNER<br>United States Attorney<br>LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
|   | */s/ Cynthia B. De Nardi*<br>CYNTHIA B. DE NARDI<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

Dated:   **June 1, 2011**                              /s/ Dennis L. Beck
                                                      UNITED STATES MAGISTRATE JUDGE